

FILED

MAY - 7 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| R. MARCUS HUFF, JR. Individually and as Personal Representative of the Estate of Elaine F. Huff, Deceased, | ) ) ) ) | **Civil Action No. 1:04-1279-24** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CENTOCOR, INC.; JOHNSON & JOHNSON; ORTHO-McNEIL PHARMACEUTICAL, INC.; MANUFACTURERS A-Z, and DISTRIBUTORS A-Z, | ) ) ) ) ) ) | **DEFENDANTS' RETURN TO ORDER CONCERNING REMOVAL** |
| Defendants. | ) ) ) | |

Defendants, Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc.,

hereby file this Return to Order Concerning Removal.

Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc., are the only

named Defendants in this civil action filed in the Circuit Court for the Second Judicial Circuit,

Aiken County, South Carolina, Case No. 04-CP-02-454 (the "State Court Action"). The Plaintiff

included fictitious name designations for "Manufacturers A-Z" and "Distributors A-Z" as

potential Defendants, but Plaintiffs have not named any additional specific Defendants other than

Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc.

1.    A copy of the Summons and Complaint was first received by and served on

Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc., on March 26, 2004.

2.    See Response to No. 1.

3.    No Defendants who have been served are citizens of the state in which this court

8

sits.

4.     The amount in controversy in this civil action is not specifically pled in the Complaint.  However, the plaintiffs seek damages for pain and suffering, mental anguish, wrongful death, punitive damages, and damages for alleged unfair practices.  Given the Plaintiffs' allegations in the Complaint, the Defendants reasonably believe that the amount of damages sought by the Plaintiffs in this action, and therefore, the amount in controversy, exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5.     Not applicable in the present case because removal took place within thirty (30) days after Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc., were first served with the Summons and Complaint.  See 28 U.S.C. §1446(b).

6.     Not applicable in the present case because removal took place within thirty (30) days after Centocor, Inc., Johnson & Johnson, and Ortho-McNeil Pharmaceutical, Inc., were first served with the Summons and Complaint.  See 28 U.S.C. §1446(b).

7.     All Defendants served at the time of removal joined in the notice of removal.

Respectfully submitted, this 7th day of May, 2004.

Jenny Anderson Horne,  FED ID 7048
J. Drayton Hastie, III, FED ID 7203
Fed. ID No. 7203
Attorneys for Defendants
Centocor, Inc., Johnson & Johnson, and
Ortho-McNeil Pharmaceutical, Inc.
**Parker, Poe, Adams & Bernstein L.L.P.**
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone: (843) 727-2650
Facsimile:  (843) 727-2680

CLT 770775v1

## CERTIFICATE OF SERVICE

This is to certify that on this date I served a copy of the foregoing **Defendants' Return to Order Concerning Removal** on the opposing party and co-defendant to this action by depositing a copy thereof in the U.S. Mail, postage prepaid, and addressed as follows:

>Fred Thompson, Esq.
>Cindi Solomon
>Motley Rice LLC
>28 Bridgeside Boulevard
>Post Office Box 1792
>Mount Pleasant, SC  29465

This _____ day of May, 2004.

Kimberly I. Reittinger, Legal Secretary
**Parker, Poe, Adams & Bernstein L.L.P.**
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone: (843) 727-2650
Facsimile:  (843) 727-2680


OF COUNSEL:

David N. Allen
John E. Grupp
**Parker, Poe, Adams & Bernstein L.L.P.**
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile:  (704) 334-4706


OF COUNSEL:

John D. Winter
**Patterson, Belknap, Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222


CLT 770775v1