**FILED**

**JAN 2 5 2005**

**LARRY W. PROPES, CLERK**
**COLUMBIA, SC**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| R. MARCUS HUFF, JR., Individually and as Personal Representative of the Estate of ELAINE F. HUFF, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CENTOCOR, INC.; JOHNSON & JOHNSON; ORTHO-McNEIL PHARMACEUTICAL, INC.; MANUFACTURERS A-Z, and DISTRIBUTORS A-Z,<br><br>Defendants. | CIVIL ACTION NO. 1:04-1279-24<br><br><br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF R. MARCUS HUFF, JR. |

COMES NOW Cindi Anne Solomon, Counsel for Plaintiff, and requests leave of Court to withdraw as counsel for said Plaintiff. This motion is made in accordance with Civil Rule 83.I.07. Per this Local Rule, Plaintiff and all counsel of record has been advised.

WHEREFORE, Cindi Anne Solomon requests leave of Court to withdraw from the representation of Plaintiff R. Marcus Huff, Jr.

Respectfully submitted this __30__ day of __December__ 2004.

MOVANT:

_____
Cynthia Anne Solomon, Esq. (Fed. Id. # 7171)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, South Carolina 29465

ATTORNEY FOR PLAINTIFF

December 30, 2004
Mt. Pleasant, South Carolina



WE CONSENT TO ALLOW CYNTHIA ANNE SOLOMON LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF R. MARCUS HUFF, JR.

_____
Jenny Anderson Horne, FED ID 7648
J. Drayton Hastie, III, FED ID 7203
PARKER, POE, ADAMS & BERNSTEIN
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Telephone: (843) 727-2650
Facsimile: (843) 727-2680

**ATTORNEYS FOR DEFENDANTS
CENTOCOR, INC., JOHNSON & JOHNSON,
And ORTH-McNEIL PHARMACEUTICAL, INC.**

CLT 835680v1

I, R. MARCUS HUFF, JR. CONSENT TO ALLOW CYNTHIA ANNE SOLOMON LEAVE TO WITHDRAW AS COUNSEL FROM THE ABOVE-CAPTIONED CASE.

*[signature]*

R. MARCUS HUFF, JR., Individually and
as Personal Representative of the
Estate of ELAINE F. HUFF, Deceased

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| R. MARCUS HUFF, JR., Individually and as Personal Representative of the Estate of ELAINE F. HUFF, Deceased, ) ) ) ) | CIVIL ACTION NO. 1:04-1279-24 |
| Plaintiff, ) | |
| v. ) | ORDER |
| CENTOCOR, INC.; JOHNSON & JOHNSON; ORTHO-McNEIL PHARMACEUTICAL, INC.; MANUFACTURERS A-Z, and DISTRIBUTORS A-Z, ) ) ) ) ) | |
| Defendants. ) | |

This matter is before the Court pursuant to the motion of Cindi Anne Solomon, Esq. to withdraw as counsel for Plaintiff R. Marcus Huff, Jr. Being advised that the motion is based upon good cause, the Court hereby **GRANTS** the motion. Cindi Anne Solomon is hereby withdrawn from this case.

THE HONORABLE MARGARET B. SEYMOUR

_____, 2005
_____, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| R. MARCUS HUFF, JR., Individually and as Personal Representative of the Estate of ELAINE F. HUFF, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CENTOCOR, INC.; JOHNSON & JOHNSON; ORTHO-McNEIL PHARMACEUTICAL, INC.; MANUFACTURERS A-Z, and DISTRIBUTORS A-Z,<br><br>Defendants. | CIVIL ACTION NO. 1:04-1279-24<br><br>CERTIFICATE OF SERVICE |

This is to certify that a true and correct copy of the within and foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF R. MARCUS HUFF, JR.** has been delivered via United States Mail with sufficient postage affixed thereto and addressed to:

Jenny Anderson Horne, Esq.
J. Drayton Hastie, III, Esq.
PARKER, POE,
ADAMS & BERNSTEIN
200 Meeting Street, Suite 301
Charleston, SC 29401

David N. Allen, Esq.
John E. Grupp, Esq.
PARKER, POE, ADAMS &
BERNSTIEN, LLP
401 South Tryon St
Suite 3000
Charlotte, NC 28202

John D. Winter, Esq.
PATTERSON, BELKNAP,
WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10036

_____
Staci Palmer Barra

January 24, 2005
Mt. Pleasant, SC