IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| R. MARCUS HUFF, JR. Individually and as Personal Representative of the Estate of Elaine F. Huff, Deceased, | ) ) ) ) | **Civil Action No. 1:04-1279-27** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| CENTOCOR, INC.; JOHNSON & JOHNSON; ORTHO-McNEIL PHARMACEUTICAL, INC.; MANUFACTURERS A-Z, and DISTRIBUTORS A-Z, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between all parties, by and through their undersigned attorneys, that Plaintffs' Complaint and all claims asserted in this action are dismissed without prejudice as to all Defendants. Each party is to bear their own fees and costs.

Respectfully submitted, this 10th day of March, 2006.

**AGREED TO:**

> */s/ Fred Thompson III*
> Fred Thompson, III
> (S.C. Bar #5548)
> **Motley Rice LLC**
> 28 Bridgeside Boulevard
> Post Office Box 1792
> Mount Pleasant, South Carolina  29465
> (843) 216-9000 (telephone)
> (843) 216-9450 (facsimile)
> fthompson@motleyrice.com
> *Attorneys for Plaintiffs*

CLT 940446v1

*/s/ J. Drayton Hastie, III*
J. Drayton Hastie, III
(Fed. ID No. 7203)
**Parker Poe Adams & Bernstein L.L.P.**
1201 Main Street, Suite 1450
Columbia, South Carolina 29201
(803) 255-0000 (telephone)
(803) 255-8017 (facsimile)
draytonhastie@parkerpoe.com

*/s/ John E. Grupp*
John E. Grupp
(N.C. State Bar No. 22089, pro hac vice)
**Parker Poe Adams & Bernstein L.L.P.**
401 S. Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 372-9000 (telephone)
(704) 334-4706 (facsimile)
johngrupp@parkerpoe.com

John D. Winter
**Patterson, Belknap, Webb & Tyler LLP**
1133 Avenue of the Americas
New York, New York  10036
(212) 336-2000 (telephone)
(212) 336-2222 (facsimile)
jwinter@pbwt.com

*Attorneys for Defendants*
*Centocor, Inc., Johnson & Johnson and*
*Ortho-McNeil Pharmaceutical, Inc.*

2